AO 109 (Rev. 11/13) Warrant to Seize Property Subject to Forfeiture

# United States District Court

### EASTERN District of CALIFORNIA

In the Matter of the Seizure of
*(Briefly describe the property to be seized)*

2021 Chevrolet Silverado 1500 Custom Truck, VIN: 1GCRWBEK4MZ163537, California license number 26288D3.

**FILED**
Nov 08, 2021
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**WARRANT TO SEIZE PROPERTY SUBJECT TO FORFEITURE**

CASE NUMBER: 2:21-sw-0809 CKD

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests that certain property located in the Eastern District of CALIFORNIA be seized as being subject to forfeiture to the United States of America. The property is described as follows:

**2021 Chevrolet Silverado 1500 Custom Truck, VIN: 1GCRWBEK4MZ163537, California license number 26288D3.**

The property is subject to seizure pursuant to 18 U.S.C. § 981(b), and subject to forfeiture pursuant to 18 U.S.C. §§ 981(a)(1)(A) and 981(a)(1)(C).

I find that the affidavit(s) and any recorded testimony establish probable cause to seize the property.

**YOU ARE COMMANDED** to execute this warrant and seize the property within 14 days in the daytime 6:00 a.m. to 10:00 p.m. You must also give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

An officer present during the execution of the warrant must prepare, as required by law, an inventory of any property seized and the officer executing the warrant must promptly return this warrant and a copy of the inventory to CAROLYN K. DELANEY or Any U.S. Magistrate Judge in the Eastern District of California.

October 20, 2021 at 1:00 pm
Date and Time Issued

*Carolyn K. Delaney*
Judge's signature

Sacramento, California
City and State

Carolyn K. Delaney, U.S. Magistrate Judge
Printed name and title

AO 109 (Rev. 11/13) Warrant to Seize Property Subject to Forfeiture (Page 2)

# RETURN

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
|---|---|---|
| 2:21-SW-0809 CKD | 10/23/2021 8:22am | Devlin Hosner |

Inventory made in the presence of:

SA Chris Fitzpatrick

Inventory of the property taken:

On October 23, 2021, at approximately 8:22am, law enforcement seized a 2021 Chevrolet Silverado 1500 Custom Truck, VIN 1GCKWBEK4MZ163537, from Devlin Hosner at the residential address 49526 Douglas Street, Indio, California 92201.

# CERTIFICATION

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: November 8, 2021

/s/
*Executing officer's signature*

Agent Fitzpatrick IRS-CID
*Printed name and title*

Subscribed, sworn to, and returned before me this date. via telephone

_____
U.S. Judge or Magistrate

November 8, 2021
Date